831

No. 82–2162. SAFECARD SERVICES, INC. v. DOW JONES & CO., INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 82–2165. LEVINE ET AL. v. SILSDORF. Ct. App. N. Y. Certiorari denied.

No. 82–6186. DOBSON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 82–6255. SMITH, AKA EL-AMIN v. GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied.

No. 82–6296. MOSCHIANO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 82–6405. MCMANNIS v. MOHN, ACTING SUPERINTENDENT, WEST VIRGINIA PENITENTIARY. Sup. Ct. App. W. Va. Certiorari denied.

No. 82–6413. JULIAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–6428. FRANKLIN v. KROGER CO. C. A. 6th Cir. Certiorari denied.

No. 82–6450. HARRIS v. QUINLAN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 82–6485. BONDS v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 82–6500. MINICK v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 82–6538. WRIGHT v. GRIFFIN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 82–6542. HAMPTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–6562. LOPEZ v. NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 82–6564. SMITH v. MAGGIO, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.